J. O. Callahan v. Allapattah Building & Loan Association.

154 So. 848.

Opinion Filed May 16, 1934.

*H. W. Penney* and *Posey Sumner,* for Plaintiff in Error; *Kehoe & Kehoe,* for Defendant in Error.

Per Curiam.—In an action for malicious prosecution of a civil suit, there was judgment for the defendant on demurrer to the decalaration. Plaintiff took writ of error. The declaration does not state a cause of action as against the demurrer, therefore the judgment for the defendant on the demurrer was proper.

Affirmed.

Davis, C. J., and Whitfield, Ellis, Terrell and Buford, J. J., concur.